# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:89-cr-00154-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BILLY CLEVENGER, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Petition for Remission of Fine [Doc. 2].

The Government moves for remission of the unpaid portion of the criminal fine and/or assessment owed by the Defendant Billy Clevenger in accordance with the provisions of 18 U.S.C. § 3573. It appearing to the Court that reasonable efforts to collect the fine and/or assessment are not likely to be effective, and for other good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Petition for Remission of Fine [Doc. 2] is **GRANTED**, and the above-referenced unpaid fine and/or assessment is hereby **REMITTED**.

**IT IS SO ORDERED.**

Signed: August 19, 2015

Martin Reidinger
United States District Judge